Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-624

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

## Title
_____

**Title of Work:** Honey moon

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** August 13, 2018
**Nation of 1st Publication:** Lithuania

## Author
_____

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant
_____

**Copyright Claimant:** Laura Ingeleviciene
Budelkiernio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions
_____

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification
_____

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041010



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-646

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Between two moons

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 23, 2017
**Nation of 1st Publication:** Lithuania

## Author

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Laura Ingeleviciene
Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041001



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-580

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Blooms in the dark

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 29, 2017
**Nation of 1ˢᵗ Publication:** Lithuania

## Author

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Laura Ingeleviciene
Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041002



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-621

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title
　　　　　**Title of Work:** Forest visions

## Completion/Publication
　　　　**Year of Completion:** 2018
　　**Date of 1st Publication:** October 27, 2018
　**Nation of 1st Publication:** Lithuania

## Author
- 　　　　　　**Author:** Laura Ingeleviciene
　　　　**Author Created:** 2-D artwork
　　　　　　**Citizen of:** Lithuania

## Copyright Claimant
　　　**Copyright Claimant:** Laura Ingeleviciene
　　　　　　　　　　Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions
　　　　　　　**Name:** Laura Ingeleviciene
　　　　　　　**Email:** laorel.creates@gmail.com
　　　　　　**Address:** Budelkiemio 17-19
　　　　　　　　　　Klaipeda LT-95243 Lithuania

## Certification
　　　　　　　**Name:** David Denholm
　　　　　　　**Date:** April 14, 2025
　**Applicant's Tracking Number:** LI2025041008

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-623

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

          **Title of Work:**  Harvester of gold

## Completion/Publication

    **Year of Completion:**  2017
   **Date of 1st Publication:**  April 14, 2017
 **Nation of 1st Publication:**  Lithuania

## Author

         •    **Author:**  Laura Ingeleviciene
   **Author Created:**  2-D artwork
       **Citizen of:**  Lithuania

## Copyright Claimant

   **Copyright Claimant:**  Laura Ingeleviciene
                 Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

            **Name:**  Laura Ingeleviciene
            **Email:**  laorel.creates@gmail.com
         **Address:**  Budelkiemio 17-19
                 Klaipeda LT-95243 Lithuania

## Certification

            **Name:**  David Denholm
              **Date:**  April 14, 2025
 **Applicant's Tracking Number:**  LI2025041009



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-629

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Moons and moths

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 20, 2017
**Nation of 1st Publication:** Lithuania

## Author

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Laura Ingeleviciene
Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041013

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-630

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Serpent spells

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** April 18, 2018
**Nation of 1st Publication:** Lithuania

## Author

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Laura Ingeleviciene
Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041014



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-642

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Thistle and moth

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 05, 2019
**Nation of 1ˢᵗ Publication:** Lithuania

## Author

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Laura Ingeleviciene
Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041016



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-589

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Celestial dreams

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 29, 2019
**Nation of 1st Publication:** Lithuania

## Author

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Laura Ingeleviciene
Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041004



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-626

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

**Title of Work:** Meadow gold

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 21, 2022
**Nation of 1st Publication:** Lithuania

## Author

- **Author:** Laura Ingeleviciene
  **Author Created:** 2-D artwork
  **Citizen of:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Laura Ingeleviciene
Budelkiemio 17-19, Klaipeda, LT-95243, Lithuania

## Rights and Permissions

**Name:** Laura Ingeleviciene
**Email:** laorel.creates@gmail.com
**Address:** Budelkiemio 17-19
Klaipeda LT-95243 Lithuania

## Certification

**Name:** David Denholm
**Date:** April 14, 2025
**Applicant's Tracking Number:** LI2025041011

