**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LAURA INGELEVICIENE,

    Plaintiff,                                                    Case No.: 1:26-cv-01583

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | jinjianhui |
| 2 | Sunshine Lvkes |
| 3 | zzhir |
| 4 | taheyuezishangmaoyouxiangongsi |
| 5 | WangHu2025 |
| 6 | yiwushiyankuaidianzishangwuyouxiangongsi |
| 7 | hhag |
| 8 | HengYangXianZhaoWanShangMaoYouXianGong |
| 9 | Deokke |
| 10 | HowGuu® |
| 11 | TUOOM |
| 12 | Yishuizi Technology |
| 13 | LiRenHui31 |
| 14 | 衡阳搭灼商贸有限公司 |
| 15 | HEVITDA |
| 16 | daihuiworkshop |
| 17 | HREOK |
| 18 | kunmingxichunshangmaoyouxiangongsi |
| 19 | Mancheng-zi |
| 20 | ADUJIE |
| 21 | ruichenlong |
| 22 | tuqu |
| 23 | Welpson |
| 24 | Flowshow |
| 25 | PhamTHuyS209 |

| | |
|---|---|
| 26 | erosebridal |
| 27 | panlongqusichaobaihuoshanghang |
| 28 | ClouDragon |
| 29 | CooL Z |
| 30 | Ldntly |
| 31 | jixuanbaihuo |
| 32 | gaoqiang-yi |
| 33 | putianshixiuyuqujujirongmaoyiyouxiangongsi |
| 34 | Qeiuxinys |
| 35 | Nice-Day |
| 36 | YINGCHI PARTY DECORATION |
| 37 | YellowBeeGifts |
| 38 | QIRUIMI |
| 39 | Crafmanoe |
| 40 | Armindou |
| 41 | S amun |
| 42 | QUICQOD |
| 43 | HAMINHTHUAN |
| 44 | OUIline |
| 45 | PMK US |
| 46 | rerer |
| 47 | LiuYuan |
| 48 | WangMaiSha |
| 49 | Hjydgcb |
| 50 | zhonghuamaoyi |
| 51 | CJJC Art Canvas Poster |
| 52 | TailorJoy |
| 53 | Fuguishanhe Home Textiles |
| 54 | FF Art Canvas Poster |
| 55 | LDBDBDBD |
| 56 | lin Decorative Painting four |
| 57 | HGVZQM |
| 58 | FFQGqiq |
| 59 | StarDragon Fly LIMITED |
| 60 | FLOGCYVE |
| 61 | EJGFNG |
| 62 | XGDDPW |
| 63 | Artistry Haven Creations |
| 64 | xiaoyuDecorate |
| 65 | Wild West Threads |
| 66 | Goods Cheap Shop Outdoors |

| | |
|---|---|
| 67 | Lovin Tees |
| 68 | BTDP |
| 69 | YQISI Art Canvas Poster |
| 70 | Cheerful Studio |
| 71 | PersoThread |
| 72 | FZnaiT |
| 73 | Floral Hues Living |
| 74 | Hulluter |
| 75 | TKHONG |
| 76 | RiChuWanDan |
| 77 | PANCHUNM |
| 78 | WOVENLOVE |
| 79 | LYQHOME A |
| 80 | MugWonder House |
| 81 | qgqgujoAF |
| 82 | HDKYDD |
| 83 | custempup |
| 84 | KORWOR Shop |
| 85 | NiceClothesShop |
| 86 | Buddyay |
| 87 | Fortune Favours |
| 88 | Unique Ashley |
| 89 | TECMESSA |
| 90 | Wow ok shop |
| 91 | Chasing Aurora |
| 92 | VIVI BIG GIRLS |
| 93 | Plqkuajin |
| 94 | DFSFW |
| 95 | GFDGW |
| 96 | VelvetFlex |
| 97 | LIN YAN HUA POSTER |
| 98 | CSPing Shop |
| 99 | Vida Aisnow |
| 100 | moorty local |
| 101 | mottiy |
| 102 | Bloompeak hop |
| 103 | lucky girl wears |
| 104 | Aojon Clothing |
| 105 | OEVOEWY |
| 106 | TeeGalaxys |
| 107 | LKJUIHYDD |

| | |
|---|---|
| 108 | CALDWELL |
| 109 | zhengjianyane |
| 110 | zhengjiayanb |
| 111 | Hello friend H |
| 112 | Lucky Jiang Xia |
| 113 | Wonderful Ability Shop |
| 114 | KILO KMMETERS |
| 115 | GG Warm Home |
| 116 | Aojon Original |
| 117 | XMQingYin |
| 118 | HanxiaXinTradingCompany |
| 119 | Show little moon wall art |
| 120 | ShangGe art shop |
| 121 | Ackermay |
| 122 | Cabin Feeling |
| 123 | paintingartfufu |
| 124 | wangzonglangerendian |
| 125 | Alos |
| 126 | VERIS VIGOR |
| 127 | QYMKB |
| 128 | safassasafasdf |
| 129 | FDMIGOLD |
| 130 | asafsafsasfsasdfsasfsasdf |
| 131 | GridWear |
| 132 | Center T shirt |
| 133 | AWWWSHOP |
| 134 | WEURLQ |
| 135 | Pixel Tech Prints |
| 136 | little tropical rainforest local |
| 137 | Min Jiuding H |
| 138 | HuangQuanShengWallart |
| 139 | WU BEI WEI Art |
| 140 | QIU QIU Wall art |
| 141 | ZxxfZx |
| 142 | Sock print shop |
| 143 | Aifzthree |
| 144 | Home Love Haven |
| 145 | FitThreads |
| 146 | Five More Millions |
| 147 | JPsunente |
| 148 | HLJP E |

Case: 1:26-cv-01583 Document #: 2 Filed: 02/11/26 Page 5 of 5 PageID #:44