**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LAURA INGELEVICIENE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-01583

Judge Jeffrey I. Cummings

Magistrate Judge Jeannice W. Appenteng

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | jinjianhui |
| 2 | Sunshine Lvkes |
| 3 | zzhir |
| 4 | taheyuezishangmaoyouxiangongsi |
| 5 | WangHu2025 |
| 6 | yiwushiyankuaidianzishangwuyouxiangongsi |
| 7 | hhag |
| 8 | HengYangXianZhaoWanShangMaoYouXianGong |
| 9 | Deokke |
| 10 | HowGuu® |
| 11 | TUOOM |
| 12 | Yishuizi Technology |
| 13 | LiRenHui31 |
| 14 | 衡阳搭灼商贸有限公司 |
| 15 | HEVITDA |
| 16 | daihuiworkshop |
| 17 | HREOK |
| 18 | kunmingxichunshangmaoyouxiangongsi |
| 19 | Mancheng-zi |
| 20 | ADUJIE |
| 21 | ruichenlong |
| 22 | tuqu |
| 23 | Welpson |
| 24 | Flowshow |
| 25 | PhamTHuyS209 |
| 26 | erosebridal |

| | |
|---|---|
| 27 | panlongqusichaobaihuoshanghang |
| 28 | ClouDragon |
| 29 | CooL Z |
| 30 | Ldntly |
| 31 | jixuanbaihuo |
| 32 | gaoqiang-yi |
| 33 | putianshixiuyuqujujirongmaoyiyouxiangongsi |
| 34 | Qeiuxinys |
| 35 | Nice-Day |
| 36 | YINGCHI PARTY DECORATION |
| 37 | YellowBeeGifts |
| 38 | QIRUIMI |
| 39 | Crafmanoe |
| 40 | Armindou |
| 41 | S amun |
| 42 | QUICQOD |
| 43 | HAMINHTHUAN |
| 44 | OUIline |
| 45 | PMK US |
| 46 | rerer |
| 47 | LiuYuan |
| 48 | WangMaiSha |
| 49 | Hjydgcb |
| 50 | zhonghuamaoyi |